FILED 11 MAR 18 15:24 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 09-CR-00397-01-MO |
|---|---|
| v. | |
| JOSE SANCHEZ-ARCE, | [PROPOSED] ORDER ON GOVERNMENT'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE |
| Defendant. | |

This matter came before the court on the Government's Unopposed Motion to Dismiss With Prejudice.

NOW, therefore, it is hereby ORDERED and ADJUDGED that the Indictment filed in this matter against defendant Jose Sanchez-Arce be dismissed with prejudice.

DATED this 18 day of March, 2011

_____
THE HONORABLE MICHAEL MOSMAN
United States District Court Judge

Presented by:

DWIGHT C. HOLTON
United States Attorney
District of Oregon
/s/ Scott M. Kerin
SCOTT M. KERIN
Assistant United States Attorney
/s/ Michelle Holman Kerin
MICHELLE HOLMAN KERIN
Assistant United States Attorney